IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| DON E. PROSSER, TRUSTEE OF THE RADER LAND TRUST, No. 71-11, dated July 31, 1989, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2013 CV ___ |
| v. | ) ) | |
| GLOBAL TOWER, LLC, doing business as Global Tower Partners, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**

Defendant Global Tower, LLC doing business as Global Tower Partners, LLC makes the following as its disclosure pursuant to and in accordance with Federal Rule of Civil Procedure 7.1:

1. Global Tower, LLC is a Delaware limited liability company authorized to do business in the State of Illinois. The sole member of Global Tower, LLC is Global Tower Holdings, LLC.

2. There is no other parent corporation or member of Global Tower, LLC and no publicly held corporation owns ten percent or more of any interest in Global Tower, LLC.

GLOBAL TOWER, LLC

Dated: February 28, 2013        By: /s/ Thomas W. O'Neal
                                    Thomas W. O'Neal
                                    Attorney for Defendant

Thomas W. O'Neal
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483

2229814v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2013 the foregoing document was filed with the Clerk of the United States District Court for the Southern District (Benton Division) of Illinois through its Electronic Filing System.

The undersigned certifies that a copy of the foregoing Document was served upon the parties of record by enclosing same in envelopes addressed as follows:

Patrick J. Hewson
Gilbert, Huffman, Prosser, Hewson & Barke, Ltd
102 Orchard Drive
PO Box 1060
Carbondale, IL  62903

and by depositing said envelopes in the United States Mail with first-class postage fully prepaid in Peoria, Illinois, on this 28th day of February, 2013.

/s/Thomas W. O'Neal_____
Thomas W. O'Neal

2191203v1