# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Don E. Prosser,
*Plaintiff,*

v.

Global Tower, LLC,
*Defendant.*

Case Number: 13-200-JPG/SCW

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 2, 3 and 4     DOCUMENT TITLE: Notice of Removal, Notice of Appearance, Corporate Disclosure Statement

One of the following errors/deficiencies has been identified in the document listed above:

☐  Document linked incorrectly

☒  Other:  Documents do not have the case number in the caption of the case. See Case Open notice at Doc. 1 - "Case number 13-200-JPG/SCW must be placed on all documents prior to filing them electronically."

## ACTION TAKEN BY CLERK'S OFFICE

☐  Docket entry corrected

☒  Other:  For Information Only

## ACTION REQUIRED BY FILER

☐  No further action required by the filer

☒  Other: Future documents filed without the case number will be stricken.

Dated: February 28, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ B. Lowe*
Deputy Clerk