IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| DON E. PROSSER, | ) | CASE NO: 13-200 |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 10/7/2013 |
| | ) | |
| | ) | |
| GLOBAL TOWER, LLC., et al., | ) | PLACE:  Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: Jane Northcutt

COUNSEL FOR PLAINTIFF(S):  Patrick J. Hewson

COUNSEL FOR DEFENDANT(S):  Thomas W. O'Neal

MINUTE ORDER IN CHAMBERS ( ):

PROCEEDING:  Status Conference

TIME: 15 minutes

 All parties as noted are present via telephone.

 The Court advises parties of an actual conflict it has in this.

 After talking with all counsel, the court hereby recuses himself from this case and ORDERS that this matter be put in the draw for a new Judge to be assigned.

 A written order will follow.


                                        NANCY ROSENSTENGEL, CLERK


                                         By: s/ K. Jane Reynolds
                                        Deputy Clerk