IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DON E. PROSSER, *Trustee of the Rader Land Trust, No. 71-11, dated July 31, 1989*,

    Plaintiff,

vs.

GLOBAL TOWER, LLC,

    Defendant.

Case No. 13-cv-200-JPG-SCW

## ORDER

The undersigned Judge hereby recuses himself in the above-entitled action and the Clerk is directed to reassign this case by random draw. Upon random draw, this case has been reassigned to the Honorable David R. Herndon. All future filing in this case shall bear the case number 13-cv-200-DRH-SCW.

**IT IS SO ORDERED.**

**DATED:** October 7, 2013

                                                     s/ J. Phil Gilbert
                                                   **J. PHIL GILBERT**
                                                   **DISTRICT JUDGE**