**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

DON E. PROSSER, TRUSTEE OF THE RADER
LAND TRUST, No. 71-11, dated July 31, 1989,

                    Plaintiff,

v.

GLOBAL TOWER, LLC, doing business
as Global Tower Partners, LLC,

                    Defendant.

Case No. 13-200-DRH-SCW

## NOTICE OF WITHDRAWAL OF OBJECTION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AND CONSENT TO REMAND

NOW COMES GLOBAL TOWER, LLC, doing business as Global Tower, Partners LLC, by its attorneys, Howard & Howard Attorneys, PLLC, and for its Notice of Withdrawal of Objection to Plaintiff's Motion For Voluntary Dismissal and Consent to Remand, states as follows:

1.      Global Tower, LLC, doing business as Global Tower Partners, LLC hereby withdraws its objection to Plaintiff's Motion for Voluntary Dismissal.

2.      Further, Defendant Global Tower, LLC, doing business as Global Tower Partners, LLC hereby consents to remand of this matter to the Circuit Court of the First Judicial Circuit, Union County, Illinois.

                              GLOBAL TOWER, LLC, doing business as
                              Global Tower Partners


                              By: /s/ Thomas W. O'Neal
                                    Thomas W. O'Neal
                                    Attorney for Defendant

Thomas W. O'Neal
ARDC # 3127563
Howard & Howard Attorneys PLLC
One Technology Plaza
211 Fulton Street, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2013 the foregoing document was filed with the Clerk of the United States District Court for the Southern District of Illinois (Benton Division) through its Electronic Filing System and was served upon all counsel of record through that system.

/s/Thomas W. O'Neal_____
Thomas W. O'Neal

2

2421611v1